UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | NO. 3:18-00079 |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(g)(1) |
| [1] MICHAEL SHANE DENNIS | ) | 18 U.S.C. § 924 |
| | ) | 21 U.S.C. § 841(a)(1) |
| [2] JESSICA WRIGHT | ) | 21 U.S.C. § 846 |

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES:

Beginning on a date unknown to the Grand Jury, but not later than on or about November 4, 2016, and continuing thereafter until on or about February 4, 2017, in the Middle District of Tennessee and elsewhere, **MICHAEL SHANE DENNIS** and **JESSICA WRIGHT** did combine, conspire, confederate, and agree, together and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

1

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about February 4, 2017, in the Middle District of Tennessee, **MICHAEL SHANE DENNIS** and **JESSICA WRIGHT** did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about February 4, 2017, in the Middle District of Tennessee, **MICHAEL SHANE DENNIS**, having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, firearms, to wit: a Colt, model Detective Special, .38 caliber revolver, and a Taurus, model PT145, .45 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about February 4, 2017, in the Middle District of Tennessee, **MICHAEL SHANE DENNIS** and **JESSICA WRIGHT** did knowingly possess firearms, to wit, a Colt, model Detective Special, .38 caliber revolver, and a Taurus, model PT145, .45 caliber pistol, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, conspiracy to distribute and to possess with intent to distribute methamphetamine, a Schedule II controlled substance, and distribution and possession with intent to distribute

2

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

BEN SCHRADER
ASSISTANT U.S. ATTORNEY

3