Case # 1875-0411-0734-J
FID 10550565

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Shane Dennis | ) | Case No. 3:18-00079 Judge Campbell |
| | ) | |
| | ) | |
| Defendant | ) | |

2018 APR -5 AM 9:44
U.S. MARSHALS SERVICE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Shane Dennis,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) and 21:846 Conspiracy to distribute and possess with intent to distribute methamphetamine (Count 1)
21:841(a)(1) and 18:2 Distribution and possession with intent to distribute methamphetamine (Count 2)
18:922(g)(1) and 18:924 Convicted felon in possession of firearms (Count 3)
18:924(c)(1)(A) Possession of firearm in furtherance of drug trafficking crime (Count 4)

Date: 04/04/2018

*Issuing officer's signature*

City and state: Nashville, Tennessee

Joyce A. Brooks, Criminal Docketing Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4/5/18, and the person was arrested on *(date)* 5/16/18
at *(city and state)* Murfreesboro.

Date: 5/16/18

*Arresting officer's signature*

SA Todd Stacy
*Printed name and title*